IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PERFORMANCE PULSATION CONTROL, INC. § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CASE NO. 4:17-cv-00450-ALM | |
| § | | |
| SIGMA DRILLING TECHNOLOGIES, LLC et al § | | |
| Defendants. § | | |

## REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Tuesday, October 2, 2018, between Plaintiff, Performance Pulsation Control, Inc., and Defendants, Sigma Drilling Technologies, LLC, Intrepid Consulting, LLC, Justin Manley, Allison Manley, William Garfield, and Pamela Goehring-Garfield. The mediation session has been suspended. The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 3rd day of October 2018.

*/s/ David Folsom*
David Folsom
TXBN: 07210800
JACKSON WALKER, LLP
6002-B Summerfield Drive
Texarkana, Texas 75503
Telephone: (903) 255-3250
Facsimile: (903) 255-3265
E-mail: dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 3rd day of October 2018. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ David Folsom*
David Folsom