Performance Pulsation Control, Inc.
3309 Essex Drive, Suite 200
Richardson, Texas 75082

May 9, 2019

The Honorable Judge Mazzant
Paul Brown United States Courthouse
101 East Pecan Street
Judge's Chambers
Sherman, TX 75090

Dear Judge Mazzant:

I write this letter to you personally and on behalf of Performance Pulsation Control, Inc. (PPC). It is my hope that you, and perhaps others, who read this letter will be positively impacted in their faith and in their personal relationship with God.

PPC is a plaintiff in a lawsuit against former employees. The facts are set forth in the court's file. For the reasons in this letter, I have authorized PPC to dismiss the lawsuit with prejudice. My decision is not an admission that PPC has done anything wrong in pursuing this lawsuit, or that the former employees and their company would prevail. Rather, I am confident that we will prevail at trial and that the former employees will be held fully accountable by a jury of our peers.

Rather, based on a revelation which occurred to me at a Journey of Generosity ("JoG") event this past Saturday; I received a clear message from God to be generous in the lawsuit, followed by a second message to me to forgive and leave the former employees in God's hands. God was challenging me.

The previous Friday night at the JoG workshop, we were given homework from our leaders to read through and pray about 30 questions listed in our course materials. One of the questions asked, "Are you willing to give up or accept anything God asks of you?" Reflecting back on that question, I'm sure God was setting me up for the message I received the next day.

Over my life, I have attempted to be obedient to God, and to have faith and trust in him. My trust in him has guided me in my most important decisions. This decision however seemed different. I struggled and wrestled with what God had told me. Was I really willing to give up anything he asks of me?

After receiving God's message and on Monday of this week, I consulted with my C12 (a Christian leadership peer group) Leader, Tom Hawes, and PPC's general manager, Gary Brown and shared with them my testimony and revelation. I also had confidential communications with John Palter, the attorney responsible for the prosecution of the lawsuit. I gave the matter serious consideration and prayer over the next 2 days. Simply put, nothing said by them, or asked of me changed my feelings, and thoughts about what God had told me to do, and about what he had asked me to give up in obedience to him. I then discussed this with my wife. She was shocked, of course. I told her I was also shocked when God told me about what he wanted me to do. She came to the conclusion that if God was telling me to forgive and leave it to God's hands, that is what we must do.

EXHIBIT A

After considering and weighing all of these conversations, and continuing to pray and think about the revelation, nothing has dissuaded from my firm belief that God has spoken to me and told me what he is asking me to do. I love the Lord. He has repeatedly shown up in my life and has helped me in so many ways. I must be faithful and obedient to him and trust him in his plan for me, for PPC, for the former employees, and for their family. Whatever they choose to do with my decision to follow God's command to be generous toward them, I don't know. My hope and prayer is this decision will have some positive effect in their relationship with God.

I don't why God picked this time to reveal this to me through the JoG. I certainly mean no disrespect to you and the court. Thank you for your time and stewarding the case.

I am available to meet with you or with them to answer any questions and to listen to your comments.

May God's peace be with you,

*John T. Rogers*

John T. Rogers