UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PERFORMANCE PULSATION CONTROL, INC. | § § § | |
| V. | § § | CASE NO. 4:17cv450 Judge Mazzant |
| SIGMA DRILLING TECHNOLOGIES, LLC, ET AL. | § § § | |

# ORDER

On this day came to be considered the Parties Agreed Motion to Dismiss the case in its entirety with Prejudice [Dkt. 383]. The Court, having considered the Motion and having noted that it is agreed finds that the Motion should be **GRANTED**.

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that the Motion to Dismiss this case in its entirety with Prejudice (Dkt. 383) is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims which were or could have been asserted in this matter are hereby **DISMISSED** *with prejudice*.

**IT IS FURTHER ORDERED** that the parties shall dispose of any and all documents designated Attorneys Eyes Only or Confidential in a manner consistent with the First Amended Protective Order [Dkt. 50].

**IT IS FURTHER ORDERED** that all costs and fees related to this lawsuit shall be borne by the party incurring the same.

**IT IS SO ORDERED.**
**SIGNED this 9th day of May, 2019.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE