AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Eastern District of Texas, Sherman Division___ on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>4:17-cv-00450 | DATE FILED<br>6/27/2017 | U.S. DISTRICT COURT<br>Eastern District of Texas, Sherman Division |
|---|---|---|
| PLAINTIFF<br><br>Performance Pulsation Control, Inc. | | DEFENDANT<br><br>Sigma Drilling Technologies, LLC, Intrepid Consulting, LLC, Justin Manley, Allison Manley, William Garfield, and Pamela Goehring-Garfield |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 61/878,174 | 9/16/2013 | Justin Manley |
| 2 | 62/037,901 | 8/14/2014 | Justin Manley |
| 3 | 14/846,872 | 9/7/2015 | Justin Manley and William Garfield |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| ORDER. IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Motion to Dismiss this case in its entirety with Prejudice (Dkt. 383 ) is GRANTED. Signed by District Judge Amos L. Mazzant, III on 5/9/2019 |

| CLERK<br>*David A. O'Toole* | (BY) DEPUTY CLERK<br>Becca Ferrill | DATE<br>5/9/2019 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy**